# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

Marilyn Kelly,
Chief Justice

140749

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES HILL,
      Petitioner-Appellant,

v

                                        SC: 140749
                                        COA: 294520
PAROLE BOARD,                          Ingham CC: 08-001554-AP
      Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 19, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                                              
                                                        Clerk



y0719